

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00146-CV

Hari Prasad **KALAKONDA** and Latha **KALAKONDA**,
Appellants

v.

**SUSSER PETROLEUM OPERATING COMPANY, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01790
Honorable Michael E. Mery, Judge Presiding

**ORDER**

On April 20, 2016, the court issued its opinion and judgment in this appeal. Although a motion for en banc rehearing is pending, the panel, on its own motion, withdraws its opinion and judgment of April 20, 2016 and substitutes this opinion and order instead.

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION.

We ORDER that appellants, Hari Prasad Kalakonda and Latha Kalakonda, pay all costs, if any, incurred as a result of this appeal.

It is so **ORDERED** on June 22, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle, Clerk